In *Ballew* v. *Georgia,* 435 U. S. 223 (1978) (*Ballew I*), which involved petitioner's earlier conviction under § 26–2101, we granted certiorari to consider, but did not reach, precisely this issue. See Pet. for Cert. in *Ballew* v. *Georgia,* O. T. 1977, No. 76–761, p. 2. I see no reason to suppose that this issue is any less worthy of consideration on certiorari now than it was when we accepted it in *Ballew I.* For this reason, I would grant certiorari. See also *Sewell* v. *Georgia,* 435 U. S. 982 (1978) (BRENNAN, J., dissenting from dismissal of appeal); *Teal* v. *Georgia,* 435 U. S. 989 (1978) (same); *Robinson* v. *Georgia,* 435 U. S. 991 (1978) (dissenting from vacation of judgment and remand). Barring this, I would grant this petition and summarily reverse. See *Ballew I, supra,* at 246 (opinion of BRENNAN, J.); *Sanders* v. *Georgia,* 424 U. S. 931 (1976) (dissent from denial of certiorari).

No. 77–6486. BARELA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would grant certiorari.

No. 77–1521. MARKER ET AL. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, INC., ET AL. C. A. D. C. Cir. Motion for leave to file petition for writ of certiorari and/or petition for writ of certiorari denied.

No. 77–1029. CLAY *v.* BOMAR, 435 U. S. 943;

No. 77–1068. PFISTER *v.* WADDY, U. S. DISTRICT JUDGE, and PFISTER *v.* DELTA AIR LINES, INC., ET AL., 435 U. S. 995; and

No. 77–1200. AMERICAN ASSOCIATION OF COUNCILS OF MEDICAL STAFFS OF PRIVATE HOSPITALS, INC. *v.* JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, 435 U. S. 993. Petitions for rehearing denied.